Urbanski
District Judge
Assign. by Clerk's Ofc.

Hoppe
Mag. Referral Judge
Assign. by Clerk's Ofc.

IN THE UNITED STATES DISTRICT COURT

for the WESTERN DISTRICT OF VIRGINIA

CLERK'S OFFICE U.S. DISTRICT. COURT
AT ROANOKE, VA
FILED

SEP 21 2022

LAURA A. AUSTIN, CLERK
BY: _____
DEPUTY CLERK

For use by Inmates filing a Complaint under

## CIVIL RIGHTS ACT, 42 U.S.C. §1983 or BIVENS v. SIX UNKNOWN NAMED AGENTS OF FED. BUREAU OF NARCOTICS. 403 U.S.C. §388 (1971)

Daryl Vincent Xzavier Washington
Plaintiff full name

Warden J.C. Streeval,
v. Officer FNU Ledford,
Lt. FNU Mullins, Lt. FNU Hamilton, C. Neff, Lt. Wilson
SIS Lt. FNU Davis, FNU Bradburn, FNU Dickenson, FNU Ewing, FNU
Defendant(s) full name(s) Hamilton, Lt. FNU Corbin, Lt. FNU Stapleton,
Lt. FNU Vinzandt   , and other Staff Officers - Pg. 15 - Defendants,
B. Pendergraft

#22066021
Inmate No.

CIVIL ACTION NO. 722cv00550
(Assigned by Clerk's Office)

**********************************************************

A. **Where are you now?** Name _and_ address of facility USP LEE, LEE
County Industrial Park, Hickory Flats Road
Pennington Gap, VA 24277 / US DOJ, FBOP, USP LEE, P.O. Box 900, Jonesville, VA 24263

B. Where did this action take place? Main Corridor and A-range shu strip cell

C. Have you begun an action in state or federal court dealing with the same facts involved in this complaint?

_____ Yes        ✓ No

If your answer to A is Yes, answer the following:

    1. Court: _____

    2. Case Number: _____

D. Have you filed any grievances regarding the facts of this complaint?

✓ Yes        _____ No

    1. If your answer is Yes, indicate the result:
    See page 1 of 20 - D. Continued attached

    2. If your answer is No, indicate why:

E. Statement of Claim(s): State briefly the facts in this complaint. Describe what action(s) each defendant took in violation of your federal rights and include the relevant dates and places. **Do not give any legal arguments or cite any cases or statutes.** If necessary, you may attach additional page(s). Please write legibly.

Claim #1 – Supporting Facts – Briefly tell your story without citing cases or law:

On 2-17-22 at approximately 14:20 p.m. I Plaintiff Daryl Vincent Xzavier Washington #22066021 was a victim of Assault and Subjected to Verbal Sexual harrassment, Physical, Emotional, Ver-

Claim #2 – Supporting Facts – Briefly tell your story without citing cases or law:

SEE Page 9 of 20 Through 15 of 20. Constitution of The united States was violated, Specifically the Redress Clause of Amendment I, and the unreasonable Search and Seizure Clause of Amendment IV, and the Due Process and Equal Protection Clause.

F. State what relief you seek from the Court. Make no legal arguments and cite no cases or statutes.

Page 15 of 20 #100.

I Seek the relief of ~ SEE Attach additional Cont:

G. If this case goes to trial, do you request a trial by jury? Yes __✓__ No _____

H. If I am released or transferred, I understand it is my responsibility to immediately notify the court <u>in writing</u> of any change of address *after* I have been released or transferred or my case may be dismissed.

SIGNATURE: _____ #22066021 Date 8 -25-22

VERIFICATION:
I, Daryl Vincent Xzavier Washington 22066021 , state that I am the plaintiff in this action, and I know the content of the above complaint; that it is true of my own knowledge, except as to those matters that are stated to be based on information and belief, and as to those matters, I believe them to be true. I further state that I believe the factual assertions are sufficient to support a claim of violation of constitutional rights. Further, I verify that I am aware of the provisions set forth in 28 U.S.C. §1915 that prohibit an inmate from filing a civil action or appeal, if the prisoner has, on three or more occasions, while incarcerated brought an action or appeal in federal court that is dismissed on the grounds that it was frivolous, malicious, or failed to state a claim upon which relief may be granted, unless the prisoner is imminent danger of serious physical injury. I understand that if this complaint is dismissed on any of the above grounds, I may be prohibited from filing any future actions without the pre-payment of the filing fees. I declare under penalty of perjury the foregoing to be true and correct.

SIGNATURE: _____ Date: 8-25.-22

D. Continued:

1. If your answer is yes, indicate the result: On the BP 9 and BP 10 at the administration at usp Lee and the region they stated I never filed a BP 8 which is a lie. The administration here at usp Lee refused to acknowledge my BP 8 so they wouldn't have to investigated the staff assault to cover it up, which hindered my BP 9 from being properly filed due to ccc usp Lee Administration violating Code 1330.13 which ccc Counselors has within 5 working days to respond to my Informal Resolution Form. "I have a copy of my Informal Resolution form" Also on the BP 11 in the Dept. of Justice in Washington, D.C. The response was: Rejected Reason 1: "Concur with Rationale of Regional office and/or institution for rejection. Follow Directions Provided on prior rejection notices." Rejected Reason 2: "Due to your allegations, Your appeal is being forwarded to another Department for review: However, Your appeal was retained in accordance with Policy." Counselor Mr. Pendergraft is a witness that I filed a BP 8 informal Resolution form about the assault and was told that they wasn't gone respond to my BP 8 and they was gone talk to me which they never did, ~~████ ████ ██████~~    E Ø 8.25.2Ø22

E. Statement of claim(s): Claim #1: supporting Facts continued:

bal, mental abuse, threats, racial Discrimination, cruel and unusual punishment, and Torture and degrading treatment in the farm of physical assault while confined to hand, waist, and leg restraints. officers Ledford, Lt. Mullins, Lt. Hamilton, officer C. Neff, and other John Doe officers used unnessary excessive use of force towards me while confined with my hands cuffed behind my back and leg restraints on my ankles. On the above mentioned date I was walking out the rec yard gate going back to my housing unit and was stopped by compound officer Ledford and was told to get against the gate. I complied. while pat searching me officer Ledford stated: "what's wrong with you?" "why you look like that?". I told officer Ledford I Just found out that a childhood friend of mine died, and that I need to see Pychology. officer Ledford then told me to put my hands behind my back then placed handcuffs on my wrist then escorted me across the compound through Door #13 which is main corridor. As I walked through Door #13 I was told by officer Ledford to face the wall. I complied. Then officers Lt. Mullins, Lt. Hamilton, C. Neff, and other compound/shu John Doe officers pushed me up against the wall aggressively stating: "You not seeing Psych". "You going to the shu. Didn't we tell you we gone get you". officer Ledford bent down and placed leg restraints on my ankles then the mentioned officers grabbed me from behind picking me up off my feet and slammed me to the floor while I was confined with my hands cuffed behind my back with leg restraints

E Ø8, 25, 2Ø22

on, causing lacerations above and under my right eye that bled profusely leaving cuts on my eyelid and cheekbone. 12. I told the officers I can't see clearly out my right eye, my neck hurt, my left Thumb feel broke, and I need medical attention. 13. The before mentioned officers held me pinned to the floor, then picked me up and placed me in the restraint chair. 14. Medical staff Caudill, Leon RN came and wiped my bloody face and sprayed the cuts on my right eyelid and my cheekbone, then placed a bandage over the cuts. 15. I told the above mentioned nurse that my eye hurt, my vision is blurry, my neck is hurting, I have a headache, and my left Thumb bone hurt and feels out of place. 16. Lt. Mullins then stated "That's good enough", "Take his ass to the shu". 17. The camera located on main corridor recorded the assault in its entirety. 18. As I was being escorted to the shu the before mentioned officers stated "we hate niggers like you", "we do what we want to niggers" "we over the federal government here at USP-Lee", and "Eventually we gone Kill you". 19. once in the shu I was escorted to A-range strip cell and was taken out the restraint chair and the before mentioned officers along with shu staff officers Bradburn, Dickenson, Ewing, C. Neff, officer Hamilton, Lt. Corbin, Lt. Stapleton, and other John Doe officers struck me from behind pushing me to the wall while still confined with my hands cuffed behind my back and leg restraints on. 20. As the before mentioned officers held me pinned up against the wall they told me Don't

E08, 25, 2022

move and that they are going to take my clothes off me and put me in paper clothes, and if I resist they gone fuck me up. I complied. The before mentioned officers then instructed me to lift my feet to uncuff the leg restraints and told me again if I move they gone fuck me up. I complied. Once the officers removed the leg restraints from my ankles, they then pulled my brown pants and Boxer down, told me to lift my feet up, so they can take them off me, then they pulled my socks off my feet. The before mentioned officers then instructed me to lift my feet and placed what appears to be orange female panties on me. The before mentioned officers begin making verbal sexually comments stating: "This nigger got a nice ass", "we should rape his nigger ass", and "if you resist we gone fuck you up". The mentioned officers started laughing hilarously towards me making fun of me. The officers instructed me to lift my feet as they put the blue paper pants on me. Being in fear for my life, safety, and manhood I complied as the officers instructed me. I complied as the officers placed the leg restraints back on my ankles and made them even tighter around my ankles causing the restraints to cut into my skin. I told the officers that the leg restraints are too tight. The mentioned officers stated: "Shut the fuck up before we make them tighter and stop your blood circulation". I was scarred and traumatized so I complied taking the pain. As the

E08, 25, 2022

before mentioned officers went for my hand cuffs to un-cuff them they stated: "If you resist we gone fuck you up".

35.
I complied as the officers removed the hand cuff off my wrist and held my hands on the wall and then pulled my grey sweat shirt and grey t-shirt over my head and then placed me in the blue paper shirt hands still on the wall.

36.
The mentioned officers then told me to turn around and keep my hands up while two of the mentioned officers was holding me on my right and left side. 37. The officers then placed a waist chain around my waist, told me to drop my hands, placed the hand cuffs on my wrist, placed the black box over the hand cuffs and locked it, then ran the waist chain through the hole in the black box and over it, then locked the chain making the waist and hand cuffs even tighter.

38.
I told the officers that the waist chain and hand cuffs are too tight and cutting into my skin, 39. Lt. Mullins then grabbed me by the back of my neck and stated: "If you say anything else about the restraints being tight", "I'm gone make them so tight", "They gone stop all your blood circulation", and "I'm gone put you back in the restraint chair strapped down", "Now, shut the fuck up". 40. I complied due to being in fear for my life and traumatized. 41. Approx. 14:45 medical nurse Caudill, Leon RN came to do the medical assessment check for the restraints and told the mentioned officers that the re-straints around my waist, wrist, and ankles needs to be

E08, 25, 2022

loosen a little. Then Lt. Mullins, Lt. Hamilton, and the rest mentioned officers stated "They're just how we want them to be". "You a bad nigger". 43. Then Lt. Mullins, Lt. Hamilton, Lt. Corbin, Lt. Stapleton, and the other shu mentioned officers and John Doe officers told me to smile then took a picture of me in the blue paper clothes while confined in hand, waist, and leg restraints for the medical assessment restraints custody picture on 2-17-22 in A-range shu strip cell. 44. During this picture my right eye was black, swollen, and with a big brown bandage on my right eyelid and a white stitch bandage on my right cheek bone. 45. Then the mentioned officers placed a helmet on my head covering my eyes so I couldn't see anybody. 46. Every 2 to 4 hours during the medical assessment checks officers Ewing, Bradburn, officer Hamilton, Dickenson, C. Neff, J.A. Robbins, Sessor, Gayehart, Smallwood, Hornsby, Farmer, Bledsoe, Terry, Price, Jackson, Gilbert, Ledford, and other John Doe shu staff and compound John Doe officers alongside Lieutenants Corbin, Vinzandt ~~Blevins~~ Stapleton, Mullins, and Hamilton conducted a medical assessment check during which I was repeatedly instructed to get down on my knees and face the wall. 47. The above mentioned officers then rushed in the cell with a plastic shield hitting me from behind while still confined in hand, waist, and leg restraints intentionally causing my injuries on my eye, cheekbone, neck, back, and left thumb

E.O. 8, 25, 2022

bone to worsen smashing me against the concrete wall with a crushing force, causing my right eyelid, and the cut on my cheekbone to bleed causing more pain and lacerations above and under my eye as well as what may be permanent damage to my neck, right eyelid, right cheekbone, left Thumb bone, and my back. 48. The mentioned officers then yanked up and down on my wrist and leg restraints, and pressed the plastic shield down on the back of my calves on my legs and stepped on my feet furthering exhaserbating my injuries to my body that were inflicted upon me, 49. the mentioned officers then punched me delivering forceful blows to my ribs on my right side. 50. I now have permanent scars on my right eyelid a cut, a knot on my right cheekbone with a cut, my left Thumb bone out of place, my neck fractured due to these transgressions, as well as scars on my wrist, waist, knees, ankles, and feet. 51. The injuries inflicted upon me during this incident were so painful and severe that I requested medical attention, and to this day I have not received any medical attention for my injuries and I continue to experience perpetual pain. 52. The camera E10Lee on A-range in the shu recorded what officers came in on me on 2-17-22, on 2-17-22 approx. 14:20 p.m. main corridor camera recorded officers Ledford, Lt. Mullins, and

E08,25,2022

other mentioned officers slamming me to the floor from behind assaulting me while confined in handcuffs with my hands behind my back and leg restraints on. The medical [53.] assessment restraint check custody picture taken of me while in blue paper clothes, and hand, waist, and leg restraints on 2-17-22 in A-range shu strip cell can show proof to the injuries to my eye and face. [54.] I still have the scars on my body as proof of that inhumane treatment. X-rays can show proof of fractured bones in my neck, right cheek bone, and left thumb bone. [55.] while I was in restraints the mentioned officers did not use a recording video camera to record their actions per Bop policy. [56.] Their conduct was in direct violation of Bop procedures 3420.11 and in violation of my constitutional Rights. [57.] Their behavior was very unprofessional and disgusting. [58.] This conduct is extreemly unprofessional and does not align with the Bop code of conduct for it's employees, Program statement 3420.11 fc Standards of Employee Conduct. [59.] on February 18, 2022 the plaintiff was taken out of restraints. [60.] The plaintiff paper clothing was exchanged for regular clothes. [61.] shu staff refused to provide the plaintiff with a PM meal. [62.] The plaintiff was escorted to c-range. [63.] on March 2, 2022 at 10:03 hrs a DHO hearing was held on the above said incident. [64.] The DHO found plaintiff guilty and imposed sanctions: 224A = Dis GCT 27 days, 224A-LP comm 90 days, 224A-LP visit 180 days. [65.] on E∅8, 25, 2∅22

March 3, 2022 plaintiff filed and turned in a Bp 8 Inform-
al Resolution form in and gave it to E-unit counselor M.F.
Pendergraft about the staff Assault on 2-17-22 main cor-
ridor approx: 14': 20 p.m, 66. on March 4, 2022 shu staff C. Neff,
Pulled plaintiff out to search his cell to harrass, threaten, and
retaliate against him for filing on the staff assault that
happened on 2-17-22 approx: 14': 20 p.m. main corridor and wrote
a bogus 329 report and placed plaintiff in paper clothes. 67.
Plaintiff was UDC by counselor and the bogus 329 got
dismiss due to shu staff issued plaintiff blankets
and sheets that was already tore and rip, 68. on March 16,
2022 plaintiff filed and turned in two (2) Bp 8 Informal
Resolution forms, one on the staff assault on 2-17-22 main
Corridor and one on shu staff C. Neff for harrassment, threats,
and retaliation, which plaintiff gave to E-unit counselor
Mr. Pendergraft. 69. on March 17, 2022 Lieutentant Mullins
along with officer Ewing came to the plaintiff cell door
at cell 138 on c-range. Lt. Mullins said to the plaintiff
and his cellmate Rasheam Nichols JR# 60412-060, "Yall
must didn't learn yall lesson from the first ass whippins",
"I heard yall were filing on me", "I'll be back to shake
yall cell down", "Yall can either refuse or come out and take
yall beating like a man", 70. Five (5) days later, on March
22, 2022, at approx: 8:00 A.M. Lieutentants Mullins and
Hamilton along with shu staff searched the plaintiff

Ed 8, 25, 2022

cell; He and cell mate were escorted to the end of the range where they were pat searched while being threatened and cursed as "Bad niggers", and told "we gonna beat the black off you". During the search, said Lieutenants seized the plaintiffs and cellmates stamps, legal and personal mail, and grievances complaints already prepared for mailing without any explanation or confiscation form. Afterwards, the plaintiff was escorted back to his cell while his cell-mate was escorted by shu staff outside to the rec yard in the cold rain. Then the plaintiff was told by shu staff Sessor and Gayehart to pack up his stuff and his cell-mates, cause they're moving him and his cell mate to A-range cell # 106 behind the cell doors with flaps on the windows so plaintiff and his cell mate couldn't see anybody since plaintiff and cell mate like to snitch and file on officers. Plaintiff was later moved and placed down on A-range cell # 106. on April 14, 2022 plaintiff filed and turned in two (2) more BP8 informal Resolution forms in to E-unit counselor Mr. Pendergraft about the staff Assault on 2-17-22 main corridor and 3-4-22 on C. Neff. on April 21, 2022 the plaintiff was seperated from his cell mate as each had filed grievances. plaintiff wrote Health services staff requesting medical attention, x-rays, and pictures for his injuries; However, no medical attention or care was provided. on April 21, EO 8, 25, 2022

2022 Plaintiff and cellmate Seen SIS Lt. Davis and Plaintiff questioned SIS LT. Davis about the length of time it takes to complete a "Threat Assessment", which the plaintiff was informed was underway and reason He was still in the shu. SIS Lt. Davis responded by Stating "where do you think all those BP 8, and BP 9 go to". "They come across my desk first". "I'm gone drag you bitch motherfucker" "You and your cell mate for filing". "I don't know who putting the battery in who back", but "I'm splitting you two motherfuckers up". "You gone get transferred when I feel like it since you wanna file", and "You not getting any motherfucking money so suck it up bitch motherfucker". Plaintiff then asked SIS Lt. Davis why haven't his BP 8 Informal Resolution forms never came back with any response and why he didn't talk to SIA or anyone about the staff assault on 2-17-22 main corridor. SIS Lt. Davis stated: "Didn't I just tell you everything you file comes cross my desk". "Now, That's your answer". Plaintiff, then Stated to SIS Lt. Davis: "Theres a violation of 1330.13 The Administrative Remedy ccc counselors suppose to return a response back to the BP 8 Informal Resolution form within 5 days which was violated". "Due to My BP 8 not returning back at all it's gone hinder my BP 9 from being properly filed." SIS Lt. Davis stated:

EO8, 25, 2022

"Get this piece of shit out my face." on April 28, 2022 [83.] Plaintiff turned in a BP 9 and BP 10 in to E-unit counselor Mr. Pendergraft to appeal the warden Mr. Streeval response to the BP 9 stating Plaintiff never attempted to file BP 8 Informal Resolution form when Plaintiff filed numerous BP 8 Informal Resolution forms which E-unit Counselor Mr. Pendergraft has logged on file every form Plaintiff turned in and Plaintiff has a copy of the last BP 8 dated 4-14-22 referred to SIA which he never spoke to anyone, seen anyone, or received the BP 8 back with any response so Plaintiff coulder properly file his BP 9 without it being rejected stating he never filed or attempted to file a BP 8 Informal Resolution form which the Administration here at USP Lee lied when Plaintiff did file a BP 8 about the Staff Assault so they could cover up the Staff Assault and wouldn't have to investigate it. [84.] Plaintiff did request to have investigation done. [85.] Consequent upon the foregoing the Constitution of The United States was violated. [86.] Specifically, the Redress clause of Amendment I°, and the unreasonable Search and Seizure Clause of Amendment IV°, and the Due Process and Equal Protection clause, and Mandate to provide just compensation for "public use" of private property, of Amendment V°, and the Pro-

E08,25,2022

hibition against cruel and unusual punishment of Amendment VIII violated.[87] In addition, as consequence of the afore mentioned, the trust, which formed by the U.S. Department of Justice, Federal Bureau of Prisons, USP Lee's acceptance and deposit of the Plaintiff body (trust property) on its books as a financial asset, collapsed by the merging of the titles, the grantor and Beneficiary becoming one and the same.[88] Said trust property reverted to Daryl Vincent X Zavier Washington* 22066021, the true grantor, who is now the Sole grantor, gr- antee, and beneficiary. The United States is the Sole trustee with an obligation of performance. [89] The Plaintiff was personally injured.[90] In particular, the Plaintiff absolute, inherent and in alienable Rights, Secured by the Constitution for the United States Republic (1791), as lawfully amended, were viol- ated.[91] The plaintiff freedom to Petition for redress of his grievances within the meaning of the Redre- ss Clause of Amendment I was diminished.[92] His Right to be secured in his person, property, and papers and effects, and free of an unreasonable search and Seizure of his person and property within the mea- ning of Amendment IV was abridged.[93] His Right to due process and equal protection as guaranteed

EØ 8, 25, 2Ø22

by the due process clause of Amendment V was denied. His Right to just compensation for "public use"[94] of his personal private property was violated. His immunity from unusual punishment was also violated.[95] Hence, as shown in this claim, (1) the plaintiff did[96] not recieve his BP 8 Informal Resolution forms back with any response within 5 days which is a violation of 1330.13 Administrative Remedy which hindred his BP 9 from being properly file. (2) the plaintiff did not enjoy his right to "Petition" for redress, without retaliation and the fear there of; and (3) the plaintiff was not secured in his person, property, papers, and effects; and (4) The plaintiff was subjected to an unreasonable search and seizure of his person, and property; and (5) The plaintiff was deprived of his personal property without due process; and (6) The plaintiff was not afforded equal treatment under law as the plaintiff was treated inhumane; and (7) The plaintiff personal property was taken without adherence to the Mandate of Amendment V to provide him with just compensation; and (8) The plaintiff was not protected from unusual punishment, and afflicted with assaults on his person. As a further proximate cause and[97] direct result of the aforesaid, the plaintiff sustained pain and suffering, in that, the plaintiff

E⊘ 8, 25, 2022

suffered bodily harm, mental trauma, anguish, and emotional distress. 98. The plaintiff, at times relevant here, experienced sleepless nights, could not eat, loss weight, and was unable to function. Presently, the plaintiff suffers post traumatic stress.

99. officer B. Johnson, Warden J.C. Streeval, Lt. Vinzandt — Defendants: All shu staff, Lieutentants, and compound officers that worked in the shu that been involved. Lieutentant Mullins, - Lieutentant Hamilton, - officer Smith, - officer C. Neff, - officer Bradburn, - officer Hamilton, - Lieutentant Stapleton, - officer Ewing, - officer Ledford, - officer J.A. Robbins, - officer Sessor, - officer Gayehart, - officer Dickenson, - officer Lovell, - officer White, - Lieutentant Corbin - officer Smallwood, - officer Boiling, - officer Hornsby, - officer Price, - officer Mannon, - SIS Lieutentant Davis, - officer Terry, - officer Bledsoe, officer Jackson, - officer Roberts, - officer Gilbert, - officer D. Farmer, - officer A. Roberts, - officer D. Eldridge - Lieutentant Thomas. - USP Lee, Lee County Industrial park Hickory Flats Rd. Pennington Gap, VA 24277, Phone (276) 546-0150/ US DOJ, FBOP, USP LEE P.O. Box 900, Jonesville, VA. 24263 - Fax (276) 546-9115,

100. cont:
E. Relief: The plaintiff request relief Remedy: Particularly, the plaintiff request 1.) that the video

EØ 8, 25, 2Ø22

Camera recordings be viewed and investigated that recorded the staff assault in its entirety on 2-17-22 at 14:20 p.m. Main corridor, Shu A range camera 10 Lee be viewed to see all the faces of the Shu staff/officers that came in on him, a view custody picture taken on 2-17-22 in strip cell on A-range during medical restraints assessment while in blue paper clothes to see injury to eye and face, and have x-rays done on his neck, left Thumb bone, right cheek bone, right Ribs, and have pictures taken of his right eyelid, right cheek bone, left Thumb bone, wrist, waist, knees, and ankles to see permanent damages and scars. 2.) that injunctive relief issue to prevent the above described acts, razor sharp actions and omissions of All involved employees from occurring again by any employee and happening to anyone; and 3.) that All employees involved in this incident be placed on Administrative leave pending the satisfaction and final settlement of this claim; and 4.) that empolyees of USP Lee be investigated to determine if there is a pattern and practice of violating guaranteed Rights; and 5.) that Sanctions imposed by the DHO concerning the related Incident report be withdrawn and the Incident report be expunged; and 6.) that the pending "threat assessment" and SIS Investigation be closed and the plaintiff immediately transferred out of the mid-Atlantic

E & 8, 25, 2022

Region and to a lower Security institution; and 7.) that this claim be settled expeditiously to the benefit of the plaintiff; compensating the plaintiff in U.S. Funds in the amount of Seven Million and .00/100 Dollars ($7,000,000.00) and 8.) that this claim be accepted and an acknowledge returned to plaintiff; and 9.) that the plaintiff be discharged and immediately released from custody; and 10.) that no one be visited with harm, molestation, or personal injury because of the filing of this claim.

11.
Conclusion: Had the plaintiff not been deprived of his Rights afforded him by The constitution, the plaintiff would not have sustained a personal injury and pain and sufferings as described here in above. Therefore, this administrative claim is here with entered.

Dated: August 25 , A.D. 2022

Signed: *22066021
Daryl Vincent Xzavier Washington
All Rights Reserved, by: Daryl
Vincent Xzavier Washington
All Rights Reserved, the —
E$8, 25, 2022

X Daryl Washington
Signature # 22066021

living, breathing, Flesh-
and-blood Man Known by
the appellation "Darylvin-
cent Xzavier washington" All
rights Reserved "Authorized
Representative.

<u>Verification and certified Proof of Claim</u>:
Affiant, Darylvincent Xzavier washington "®22066021,
the living, breathing, flesh-and-blood Man, does Sole-
mnly declare and duly affirm, under penalty of Per-
jury, Pursuant to the Laws of The united state
Republic (1791), without the united states, that the
foregoing including any accompanying document is true,
correct, certain, and complete admissible as evidence
and not misleading, and the truth, the whole truth
and nothing but the truth and is in accordance
with Affiant's Personal first hand Knowledge and
belief and own spiritual conviction and divine
creed.

Executed on: the 25 Day of August A.D. 2022

Signed and Sealed:
Peace
E08, 25, 2022

X _____    I AM

Signature # 22066021

Daryl vincent xzavier

washington # 22066021

All Rights Reserved, Affiant

<u>Proof OF Transmittal</u>: Affiant, "Daryl vincent xzavier washington" # 22066021, the living, breathing, flesh-and-blood <u>Man</u>, does certify that Affiant is over the age of (18) and that on the <u>25</u> Day of <u>August</u>, A.D. 2022, Affiant placed the foregoing along with all accompanying documents in an envelope properly addressed to: Clerk, united States District Court, 210 Franklin Road, SW, Suite 540, Roanoke, VA 24011-2208 and posted same in the door of Cell "A-103" for special delivery to the aforesaid via U.S.P.O. First class certified Mail, Postage fully prepaid at Pennington Gap, virginia - USP Lee Republic Territory, North America.

Dated: the <u>25</u> Day of <u>August</u>, A.D. 2022

Signed and sealed:

Peace.

X _____    I AM.

Signature # 22066021    Daryl vincent xzavier washington

Eф 8, 25, 2ф22

All Rights Reserved, Affiant

Daryl Vincent Xavier Washington

The Great Seal

EQ 8,25,2022



Darryl Washington 2206602I
USP LEE
P.O. Box 305
Jonesville, VA 24263

PLACE STICKER AT TOP OF ENVELOPE TO THE RIGHT
OF THE RETURN ADDRESS, FOLD AT DOTTED LINE

**CERTIFIED MAIL®**

7022 1670 0002 0316 0243

Clerk, United States District Court
210 Franklin Road, SW, Suite 540
Roanoke, VA 24011-2208

"Certified Mail"
Legal Mail